# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**JEREMIAH D. BOUZIDEN**<br><br>*IN CUSTODY* | **NOTICE**<br><br><br>**CASE NO. CR-20-14-F-2** |

TYPE OF CASE:
☐ **CIVIL**   ☒ **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 102**<br><br>DATE AND TIME:<br>**Tuesday, January 28, 2020, at 3:00 p.m.** |
| TYPE OF PROCEEDING:<br><br>**ARRAIGNMENT** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK  73102 | | |

<br>

                                                         **SUZANNE MITCHELL**

                                                         U.S. MAGISTRATE JUDGE

**January 27, 2020**                                        **s/Lesa Boles**

Date                                                   (By) Deputy Clerk