# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** Jan 28, 2020

**CASE:** CR-20-14-F

**TIME IN COURT:** 15 mins

**COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**

**COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs. JEREMIAH BOUZIDEN**

Defendant States true and correct name as: Jeremiah Dale Bouziden  **AGE:** 43

**Government Cnsl:** TOM SNYDER  **Defendant Cnsl:** RICHARD ANDERSON

**U.S. Probation Officer:** _____  Court appointed

☒ Defendant Appears, custody of U.S. Marshal with Counsel  **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.   ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Indictment   ☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

☒ Case set on jury docket beginning the week of March 10, 2020, before U.S. District Judge Stephen P. Friot

☐ Government recommends defendant be released on _____

☐ Government recommends defendant be detained based on _____

☐ Government _____

  ☐ Upon motion of the Government and request for continuance by _____

  ☐ Detention Hearing is set for _____

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☒ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.