# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CR 20-14-F |
| | ) |
| TARENCE D. McLANE | ) |
| and JEREMIAH D. BOUZIDEN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' joint motion to continue the jury trial setting in this case from the March 10, 2020 trial docket to the April 2020 trial docket. In support of this motion, Defendants state that a continuance is necessary because plea negotiations with the government are ongoing, but it is believed they will not be finalized by the time of the March 10, 2020 trial date. No previous motions for a continuance have been filed. The government does not oppose the motion.

The Court finds that the ends of justice outweigh the Defendants' and the public's right to a speedy trial. 18 U.S.C. section 3161(h)(7). It is therefore ordered that the unopposed joint motion to continue the jury trial setting from the March 10, 2020 trial docket to the April 2020 trial docket is **granted**.

IT IS SO ORDERED this 21st day of February, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0014p001.PO.docx