**COURTROOM MINUTE SHEET**

DATE     6-2-2020

CRIMINAL NO.     CR-20-014     –F

United States -vs-     Tarence D. McLane and Jeremiah D. Bouziden

COMMENCED   2:35     ENDED   2:45     TOTAL TIME     10 min.

PROCEEDINGS     Telephonic status conference

JUDGE STEPHEN P. FRIOT     DEPUTY LORI GRAY     REPORTER _____

PLF COUNSEL     Tom Snyder

DFT COUNSEL     David Autry, Richard Anderson

The defendants do not appear.

The court holds a telephonic status conference with counsel to discuss the upcoming trial of this case.

The court updates counsel as to the status of operations at the court.

The court hears from counsel as to the status of this case.   Counsel advise that they do not anticipate this case going to trial.

If a plea agreement cannot be reached by around June 15, 2020, defense counsel anticipate filing a motion to continue the trial.

20-0014x001.docx