**COURTROOM MINUTE SHEET**

DATE   7-22-2020

CRIMINAL NO.   CR-20-014   –F

United States -vs-   Tarence D. McLane and Jeremiah D. Bouziden

COMMENCED   2:30   ENDED   2:35   TOTAL TIME   5 min.

PROCEEDINGS   Telephonic status conference

JUDGE STEPHEN P. FRIOT   DEPUTY LORI GRAY   REPORTER

PLF COUNSEL   Tom Snyder

DFT COUNSEL   David Autry, Richard Anderson

The defendants do not appear.

The court holds a telephonic status conference with counsel to discuss the upcoming trial of this case.

The court hears from counsel as to the status of this case.   Counsel advise the court that plea papers as to both defendants will be submitted to the court shortly.

Pursuant to G.O. 20-19, the court will continue this case to the September 2020 trial docket.

20-0014x002.docx