**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA

**NOTICE**

vs

Case Number:   CR-20-0014-2-F

JEREMIAH D. BOUZIDEN

**Defendant is detained at Grady County**.

---

Type of Case

___X___   **CRIMINAL**

---

*TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse          **DATE AND TIME**
        Courtroom #401
        200 N.W. 4th Street       **July 31, 2020, at 9:00 a.m.**
        Oklahoma City, OK   73102

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

---

TYPE OF PROCEEDING:                  **CHANGE OF PLEA**

*TAKE NOTICE* **- Defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office immediately after the plea hearing.   The interview ordinarily takes 1½ to 2 hours.**

---

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place:  U.S. Courthouse          **Date and Time Previously Scheduled**
        200 N.W. 4th Street
        Oklahoma City, OK   73102

---

                                    JUDGE STEPHEN P. FRIOT

July 29, 2020
Date                                    s/ Lori Gray
                                      BY DEPUTY CLERK


AUSA (Snyder)
Richard W. Anderson
USM
USPO