W/F; A; C/P COURTROOM MIN. SHEET                                    DATE    7-31-2020

CR. CASE NO. CR-20-014-2-F      U.S.A. -vs-    JEREMIAH D. BOUZIDEN

COMMENCED   9:05     ENDED   9:30     TOTAL TIME        25 min.

JUDGE STEPHEN P. FRIOT        C.R. DEPUTY LORI GRAY        REPORTER SHERRI GRUBBS

COUNSEL FOR PLF.    Tom Snyder

COUNSEL FOR DFT.    Richard Anderson

PROCEEDINGS:   Waive/File & Arrn.            Arraignment            Change of Plea

MINUTE:   Enter as above.            Defendant's Age   44

Dft appears in person with-without-ct apptd-private-counsel-Public Defender

Is fully apprized.            Waives Counsel.            Waives Indictment.

Consents that case be transferred to this District Under Rule 20.

Asks and granted leave to withdraw pleas of not guilty to COUNTS _____

ENTERS PLEA OF   Guilty   to COUNT   1 of Superseding Information

COUNTS  1 and 2 of Indictment  to be dismissed at time of sentencing.

Plea(s) accepted and referred to Probation Officer.

Dft given ____ days to file motions; Plf to respond ____ days thereafter.

CASE TO BE ON _____ JURY DOCKET.            WAIVES JURY.

Bond set at _____ (O.R.-cash or surety)            STANDS ON PRESENT BOND

Remanded to U.S. Marshal.            Remanded to U.S. Magistrate for processing bond.

MAXIMUM PENALTY 3 years' imprisonment or $250,000.00 fine, or both; $100 special assessment

MINIMUM MANDATORY PENALTY   N/A

If sentenced-subject to SUPERVISED RELEASE, TERM OF NMT 1 YEAR.

Sentencing will be set upon receipt of final PSR.