IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No.  CR-20-014-F |
| JEREMIAH D. BOUZIDEN, | ) |
| Defendant. | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: July 26, 2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Richard Anderson
*Printed name of defendant's attorney*

_____
*Judge's signature*

STEPHEN P. FRIOT
United States District Judge