# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

**NOTICE**

vs

Case Number:   CR-20-0014-2-F

JEREMIAH D. BOUZIDEN

**Defendant is detained at Grady County.**

| Type of Case |    X   **CRIMINAL** |
|---|---|

### *TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Courtroom #401
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**DATE AND TIME**

**November 20, 2020, at 10:30 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

| TYPE OF PROCEEDING: | **SENTENCING** |
|---|---|

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**Date and Time Previously Scheduled**

        **JUDGE STEPHEN P. FRIOT**

October 29, 2020
Date

        s/ Lori Gray
        BY DEPUTY CLERK

AUSA (Snyder)
Richard W. Anderson
USM
USPO (Hicks)