<u>SENTENCING COURTROOM MINUTE SHEET</u>　　　　DATE　　<u>11-20-2020</u>

CR. CASE NO. <u>CR-20-014-2-F</u>　U.S.A. -vs-　<u>JEREMIAH D. BOUZIDEN</u>

COMMENCED　<u>10:30</u>　ENDED　<u>10:55</u>　TOTAL TIME　<u>25 min.</u>

JUDGE <u>STEPHEN P. FRIOT</u>　　DEPUTY <u>LORI GRAY</u>　　REPORTER <u>TRACY THOMPSON</u>

COUNSEL FOR PLF.　<u>Thomas Snyder</u>

COUNSEL FOR DFT.　<u>Richard Anderson</u>

SENTENCING MINUTE:　<u>Dft. appears in person with</u>/without private / public defender / <u>ct. apptd counsel</u>

<u>Probation Report reviewed by counsel and dft.</u>　　Probation Officer:　<u>Megan Hicks</u>

<u>1/21/2020 Indictment</u> dismissed as per order filed.

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF　<u>36 months.</u>

Dft shall participate in the Inmate Financial Responsibility Program while incarcerated.
Dft shall participate in the Residential Drug Abuse Program while incarcerated.

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of　<u>1</u>　year.

The court is not imposing community service.

Defendant must comply with the mandatory, standard, and special conditions of supervision that are set out in the Judgment in a Criminal Case.

Dft ordered to pay Special Assessment fee of <u>$100.00</u> on Count <u>1s</u> for a total of <u>$100.00</u>, due immediately.

Fine is hereby waived due to dft's inability to pay such fine.

Dft. adv. of right to appeal & to appeal in f.p.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at:　<u>　　　　　　　　　　　FCI El Reno　　　　　　　　　　　</u>

DFT. REMANDED TO U.S.M.