# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-20-14-F |
| ) | |
| JEREMIAH D. BOUZIDEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Defendant has entered a plea of guilty to a Superseding Information. In light of that guilty plea, the United States has moved to dismiss the Indictment returned on January 21, 2020, as to Defendant Jeremiah D. Bouziden in the best interest of justice.

It is therefore ORDERED that the Indictment returned on January 21, 2020, as to Defendant Jeremiah D. Bouziden is DISMISSED.

_____
STEPHEN P. FRIOT
United States District Judge